1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   KIRELL FRANCIS TAYLOR,                    1:21-cv-01143-GSA (PC)

12                 Plaintiff,

13        v.                                   ORDER TRANSFERRING CASE TO THE
                                               SACRAMENTO DIVISION OF THE
14   S. TERAGAWA,                              EASTERN DISTRICT OF CALIFORNIA

15                 Defendant.

16

17

18

19

20        Plaintiff, a state prisoner proceeding *pro se*, has filed a civil rights action pursuant to 42

21   U.S.C. § 1983.

22        In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged

23   violations took place in Sacramento County, which is part of the Sacramento Division of the

24   United States District Court for the Eastern District of California. Therefore, the complaint should

25   have been filed in the Sacramento Division.

26        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

27   court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

28   will be transferred to the Sacramento Division.

                                            1

Good cause appearing, IT IS HEREBY ORDERED that:

1.  This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2.  All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

United States District Court

Eastern District of California

501 "I" Street, Suite 4-200

Sacramento, CA 95814


IT IS SO ORDERED.

Dated:   __July 29, 2021__                    _____**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE