# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

KIRELL TAYLOR,                                  No. 2:21-cv-1330 TLN KJN P

      Plaintiff,

v.

S. TERAGAWA,

      Defendant.

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Kirell Taylor, CDCR # T-35161, a necessary and material witness in a settlement conference in this case on March 22, 2022, is confined in California State Prison, Corcoran ("COR") in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Allison Claire, by Zoom video conference from his place of confinement, on Tuesday, March 22, 2022, at 9:00 a.m.

Accordingly, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at California State Prison, Corcoran at (559) 992-7372 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Jonathan Anderson, Courtroom Deputy, at janderson@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, COR, P. O. Box 8800, Corcoran, California 93212:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Claire at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: February 10, 2022

/tayl1330.841Z

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE