1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   **KIRELL TAYLOR,**                      Case No. 2:21-cv-1330 TLN KJN P

                                 Plaintiff,  ~~[PROPOSED]~~ ORDER
13

14             v.

15   **S. TERAGAWA,**

16                               Defendant.

17

18        Plaintiff is a state prisoner, proceeding pro se.  Defendant Teragawa requested an extension

19   of the pretrial motions filing deadline.

20        "The district court is given broad discretion in supervising the pretrial phase of litigation."

21   Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal

22   quotation marks omitted).  Rule 16(b) provides that "[a] schedule may be modified only for good

23   cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4).  "The schedule may be modified

24   'if it cannot reasonably be met despite the diligence of the party seeking the extension.'"

25   Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting

26   Johnson, 975 F.2d at 607).

27        Having read and considered defendant's motion and the declaration of defendant's counsel

28   supporting the request, and good cause appearing, defendant's motion is granted.

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. Defendant's motion to modify the deadline to file all pretrial motions (ECF No. 36) is

3    granted; and

4    2. The deadline for filing pretrial motions is extended to December 5, 2022.  In all other

5    respects, the discovery and scheduling order (ECF No. 28) remains in effect.

6    Dated:  October 24, 2022

7

8    KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

9

10   /tayl1330.16b

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28