1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KIRELL TAYLOR,                              No.  2:21-cv-1330 TLN KJN P

12              Plaintiff,

13        v.

14   S. TERAGAWA,                                ORDER

15              Defendant.

16

17        Plaintiff is a state prisoner, proceeding pro se.  On November 16, 2023, defendant filed a

18   motion to have this matter set for settlement conference and to vacate all pending dates set in the

19   further scheduling order.  The parties conferred on November 16, 2023, and plaintiff joins in the

20   motion.  (ECF No. 50, 50-1.)  The motion is granted.  This matter shall be set for settlement

21   conference before Magistrate Judge Deborah L. Barnes, who was randomly selected by the

22   Clerk's Office.  The parties shall contact her courtroom deputy, Shelly Her, 916-930-4128, to

23   schedule the settlement conference.

24        The September 26, 2023 further scheduling order is vacated, including the deadlines for

25   filing pretrial statements and the January 8, 2024 pretrial conference.  Such deadlines will be

26   rescheduled, if appropriate, after the settlement conference.

27        Accordingly, IT IS HEREBY ORDERED that:

28        1.  The November 16, 2023 motion (ECF No. 50) is granted;

2.  The September 26, 2023 scheduling order (ECF No. 47) is vacated, including the deadlines for filing pretrial statements and the January 8, 2024 pretrial conference; and

3.  The parties shall contact the courtroom deputy for Magistrate Judge Barnes to schedule a settlement conference.

Dated:  November 27, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/tayl1330.set

2